Martin Gasparian, CA SBN 255376
Jessop M. Stroman, CA SBN 323076
MAISON LAW, APLC
800 N. Brand Blvd., Ste. 301
Glendale, CA 91203
Telephone: 818 500-1909
Facsimile: 818 500-0019

Attorneys for Plaintiff
HENRY ISABEL LUNA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

|  |  |
|---|---|
| HENRY ISABEL LUNA, | Case No.: 1:25-cv-00340-JLT-SKO |
|  | **ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER** |
| Plaintiff, | **(Doc. 12)** |
| v. | Hon. Jennifer L. Thurston<br>United States District Judge |
| SNYDER INDUSTRIES, INC. ET AL. | Hon. Sheila K. Oberto<br>United States Magistrate Judge |
| Defendants. |  |

Having reviewed the Parties' Joint Stipulation and supporting declaration(s), and finding good cause (Fed. R. Civ. P. 16(b)(4)), the Court **MODIFIES** the Scheduling Order (Doc. 11) as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Non-Expert Discovery Deadline | March 16, 2026 | September 11, 2026 |
| Expert Disclosures | April 29, 2026 | October 26, 2026 |
| Rebuttal Expert Disclosures | May 15, 2026 | November 12, 2026 |

| Expert Discovery Deadline | June 15, 2026 | December 14, 2026 |
|---|---|---|
| Non-Dispositive Motion Filing Deadline | July 8, 2026 | January 8, 2027 |
| Non-Dispositive Motion Hearing Deadline | August 12, 2026 | February 17, 2027[1] |
| Dispositive Motion Filing Deadline | July 20, 2026 | January 22, 2027 |
| Dispositive Motion Hearing Deadline | August 24, 2026 | February 26, 2027 |
| Pre-Trial Conference | November 16, 2026 | May 24, 2027,[2] at 1:30 p.m., in Courtroom 4 |
| Trial | January 12, 2027 | July 20, 2027, at 8:30 a.m., in Courtroom 4 |

IT IS SO ORDERED.

Dated:   **February 27, 2026**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

---

[1]  The Magistrate Judge holds civil motion hearings on Wednesdays.  The parties' proposed date has been adjusted accordingly.

[2]  The Pre-Trial Conference and Trial dates have been continued to allow adequate time for the district judge to decide dispositive motions and for the parties to prepare for Trial.

ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER