Martin Gasparian, CA SBN 255376
Jessop M. Stroman, CA SBN 323076
MAISON LAW, APLC
800 N. Brand Blvd., Ste. 301
Glendale, CA 91203
Telephone: 818 500-1909
Facsimile: 818 500-0019

Attorneys for Plaintiff
HENRY ISABEL LUNA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| HENRY ISABEL LUNA,<br>Plaintiff,<br>v.<br>SNYDER INDUSTRIES, INC. ET AL.<br>Defendants. | Case No.: 1:25-cv-00340-JLT-ECG<br>**ORDER STAYING CASE PENDING MEDIATION**<br>(Doc. 15) |

The Court, having considered the Parties' Stipulation, (Doc. 15), and good cause appearing, HEREBY ORDERS as follows:

1. This litigation is STAYED pending the conclusion of mediation.
2. The dates set forth in the scheduling order, (*see* Doc. 13), are VACATED.
3. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the case schedule shall be re-set if appropriate.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Erin Sanders Castillo
UNITED STATES MAGISTRATE JUDGE